# Amalia Rodriguez-Mendoza
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 1748
### Austin, Texas 78767



## 03-15-00074-CV

April 13, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle;

Re:  D-1-GN-09-001428

A clerk's record in cause number TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY VS CORPSOL INC., CORPORATE SOLUTIONS INC., ET AL, was due in your office on MARCH 6, 2015 and payment was received in our office on March 11, 2015; therefore I will need to request an additional extension of 5 days to file the record with your office.

If you have any question please contact me at (512) 854-5880.


Thank you,

Sincerely,

Patsy Ybarra
Deputy Court Clerk,
(512) 854-5880

cc: Court file

---

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |